1 | Marc V. Kalagian
Attorney at Law: 149034
2 | Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
3 | Long Beach, CA 90802
Tel.: (562) 437-7006
4 | Fax: (562) 432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Maria Delia Villanueva

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA DELIA VILLANUEVA, | ) | Case No.: 1:18-cv-00004-EPG |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER FOR THE |
| | ) | AWARD AND PAYMENT OF ATTORNEY |
| vs. | ) | FEES AND EXPENSES PURSUANT TO |
| | ) | THE EQUAL ACCESS TO JUSTICE ACT, |
| NANCY A. BERRYHILL, Acting | ) | 28 U.S.C. § 2412(d) AND COSTS |
| Commissioner of Social Security, | ) | PURSUANT TO 28 U.S.C. § 1920 |
| | ) | |
| Defendant. | ) | (ECF No. 22) |
| | ) | |

TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Maria Delia Villanueva be awarded attorney fees in the amount of Four Thousand, Five Hundred dollars ($4,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Maria Delia Villanueva, the government will consider the matter of Maria Delia Villanueva's assignment of EAJA fees to Marc V. Kalagian. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Maria Delia Villanueva, but if the Department of the Treasury determines that Maria Delia Villanueva does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the assignment executed by Maria Delia Villanueva.[1] Any payments made shall be delivered to Marc V. Kalagian.

This stipulation constitutes a compromise settlement of Maria Delia Villanueva's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Maria Delia Villanueva and/or Marc V. Kalagian including Law Offices of Rohlfing & Kalagian, LLP may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Marc V. Kalagian and/or the Law Offices of Rohlfing & Kalagian, LLP to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

DATE: March 11, 2019     Respectfully submitted,

ROHLFING & KALAGIAN, LLP

BY: /s/ *Marc V. Kalagian*
Marc V. Kalagian
Attorney for plaintiff Maria Delia Villanueva

DATED: March 11, 2019     MCGREGOR W. SCOTT
United States Attorney

/s/ *Ben A. Porter*

BEN A. PORTER
Special Assistant United States Attorney
Attorneys for Defendant
NANCY A. BERRYHILL, Acting Commissioner of Social Security (Per e-mail authorization)

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, attorney fees in the amount of four thousand five hundred dollars ($4,500) are awarded subject to the terms of the Stipulation. (ECF No. 22.)

IT IS SO ORDERED.

Dated: **March 13, 2019**          /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE